**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JERRY ODOM, #23315** **PETITIONER**

**v.** **CIVIL NO. 1:25-cv-366-TBM-LGI**

**BRAND HUFFMAN, ET AL.** **RESPONDENTS**

**FINAL JUDGMENT**

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY ORDERED AND ADJUDGED that this Petition for a Writ of Habeas Corpus filed under 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED,** this, the 29th day of October, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE